# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

IN RE:

CHRISTOPHER D. WYMAN,

             Case No. 14-13047

 Debtor.         Hon. Denise Page Hood

_____

MICHAEL A. MASON, Trustee,

           (Bankruptcy Case No. 12-32264)

 Plaintiff,       (Adv. Proc. No. 12-03348)

v.

MICHELLE PICHLER,

 Defendant.

_____/

## ORDER STAYING AND ADMINISTRATIVELY CLOSING ACTION PENDING FILING OF THE BANKRUPTCY JUDGE'S REPORT AND RECOMMENDATION

On October 15, 2014, the Court entered an Order Granting the Bankruptcy Trustee Michael A. Mason's Motion to Withdraw the Reference of the Adversary Proceeding Case No. 12-03348 (Bankruptcy Case No. 12-32264). (Order, Doc. No. 6) The Bankruptcy Court issued a Report and Recommendation on December 11, 2014. (Doc. No. 14) On August 3, 2015, the Court entered an Order Regarding the Bankruptcy Court's Report and Recommendation directing that an Amended Report and Recommendation be filed by the Bankruptcy Court after limited discovery is

conducted before the Bankruptcy Court. (Doc. No. 16, Pg ID 636) Plaintiff Trustee

Michael A. Mason moved to reconsider the Court's Order, which the Court denied.

(Doc. No. 22). Plaintiff Trustee thereafter appealed the Court's order to the Sixth

Circuit of Appeals which affirmed this Court's Order on July 12, 2016. (Doc. No. 27)

To date, no Amended Report and Recommendation has been filed by the

Bankruptcy Court. The Court stays and administratively closes this case until the

Bankruptcy Court files an Amended Report and Recommendation.

Accordingly,

IT IS ORDERED that this matter is STAYED pending the Bankruptcy Court's

filing of an Amended Report and Recommendation. This action is designated as

ADMINISTRATIVELY CLOSED. Once the Bankruptcy Court files an Amended

Report and Recommendation, the action will be reopened at that time.


S/Denise Page Hood
Denise Page Hood
Chief Judge, United States District Court

Dated: August 11, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of
record on August 11, 2017, by electronic and/or ordinary mail.

S/LaShawn R. Saulsberry
Case Manager