UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In Re: Christopher D. Wyman,

Michael A Mason,

Appellant,

v.

Case No. 2:14−cv−13047−DPH−MKM
Hon. Denise Page Hood

Michelle Pichler,

Appellee,

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge Denise Page Hood at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 218. The following motion(s) are scheduled for hearing:

Motion to Reopen Case − #29

- RESPONSE DUE: October 2, 2026
- MOTION HEARING: October 14, 2026 at 03:00 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/L. Saulsberry
Case Manager

Dated: September 24, 2026